John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com
*Attorneys for Defendant Great Basin Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRADY EUGENE SMITH,<br>Plaintiff,<br>v.<br>GREAT BASIN FEDERAL CREDIT UNION,<br>Defendants. | Case No. 2:26-cv-02216-CDS-MDC<br><br><u>STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND DEMAND FOR TRIAL BY JURY</u><br><br>(First Request) |

Defendant GREAT BASIN FEDERAL CREDIT UNION ("GBCU"), and Plaintiff GRADY EUGENE SMITH ("Defendant"), hereby stipulate and agree as follows:

1. On July 21, 2026, Plaintiff filed his Complaint United State District Court, District of Nevada. (ECF No. 1.)

2. On October 8, 2026, Defendant GBCU was served with the Complaint (ECF No. 5.)

3. Defendant GBCU's Response to the Complaint is currently due on October 29, 2026. Defendant's counsel seeks additional time to file its Response to and including November 20, 2026 because GBCU's counsel is currently out of the country and was out of the country when Defendant was served with the Complaint and learned of the litigation. Because of his being out of the country he has been unable to review the Complaint or discuss this issue with his client. Additionally, GBCU is in the process of reviewing its files and documents regarding the allegations contained in the Complaint and has been unable to complete its review without consultation with its counsel. Given these circumstances, GBCU requests an extension to respond to the Complaint and Demand for Jury Trial to and including November 20, 2026.

4. GBCU's extension is sought in good faith and not for purposes of delay. By entering this stipulation, the parties agree that they do not waive or forfeit and expressly reserve any claims, defense, or arguments in response to the Complaint and the allegations asserted therein.

DATED this 22nd day of October 2026.

GUILD, GALLAGHER & FULLER, LTD.

By: */s/ John K. Gallagher*
John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq
Nevada State Bar No. 14875
100 W. Liberty St., Ste. 800
Reno, NV 89501

*Attorneys for Defendant*

DATED this 22nd day of October 2026.

CONTEMPORARY LEGAL SOLUTIONS

By: */s/ Robert M. Tzall*
Robert M. Tzall
Nevada State Bar No. 13412
2551 North Green Valley Parkway
Building C, Suite 303
Las Vegas, NV 89104

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 26, 2026